### RIKER v. LEO et al.

(*Supreme Court, General Term, First Department.* June 26, 1891.)

Appeal from special term, New York county.

Action by John H. Riker, as sole surviving executor of the last will and testament of Sampson Simson, deceased, and trustee under said will, against Jochebed M. S. Leo, as executor of the last will and testament of Moses A. Isaacks, deceased, Sampson Simson Leo, and the North American Relief Society for the Indigent Jews in Jerusalem, Palestine, and all corporations in the city of New York (not including the corporation above named) existing on August 2, 1885, whose permanent funds are established by their charters for the purpose of ameliorating the condition of the Jews in Jerusalem, Palestine; which corporations, if any such there be, are unknown to the plaintiff. From a judgment for plaintiff, defendant the North American Relief Society appeals.

Argued before VAN BRUNT, P. J., and BARRETT, J.

*Louis Marshall* and *A. L. Sanger,* for appellant. *John E. Parsons,* for respondent.

VAN BRUNT, P. J. This case has been before this court upon a previous appeal, and also before the court of appeals,[1] in which court the conclusion arrived at in this court was reversed. We do not see that the case occupies any different or other position from what it did upon the previous appeal, and the decision of the court of appeals is therefore conclusive upon us; and it is not necessary to again discuss the questions which appear to have been definitely determined by the court of last resort. Upon the trial which resulted in the judgment from which this appeal is taken, the directions of the court of appeals were followed, and the judgment should therefore be affirmed, with costs.

[1] 1 N. Y. Supp. 128; 21 N. E. Rep. 719.